**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK EDWARD VANZANT                                                                                   PLAINTIFF
ADC #137057

V.                                              NO: 5:12CV00021 SWW/HDY

ARTIE MORRIS *et al.*                                                                                    DEFENDANTS

## ORDER

Defendants Artie Morris, Dustin Parker, Barbara Montgomery, Steve Outlaw, Velma Brooks, Charlotte Sanders, and Eddie Turner, have filed an answer which contains their correct names (docket entry #6).

The Court notes that the summons has been returned unexecuted as to Defendant Sandra Perez (docket entry #15). A note accompanying the return provided Perez's first name, and indicated that she is employed by the prison's medical contractor. Accordingly, service will be attempted in the care of the contractor.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the style of the case to reflect the correct names of Defendants Artie Morris, Dustin Parker, Barbara Montgomery, Steve Outlaw, Velma Brooks, Charlotte Sanders, and Eddie Turner, as set forth in their answer.

2. The Clerk is directed to change the style of the case to reflect the correct name of Defendant Sandra Perez, as indicated in the note accompanying her returned summons.

3. Service is appropriate on Defendant Perez, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon her, in the care of counsel for the prison's medical contractor, without prepayment of fees and costs or security

1

therefor.

DATED this   24   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE