**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK EDWARD VANZANT                                        PLAINTIFF
ADC #137057

V.                  NO: 5:12CV00021 SWW/HDY

ARTIE MORRIS *et al.*                                           DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young (docket entry #26). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion to dismiss filed by Defendant Sandra Perez-Crawford (docket entry #19), is GRANTED to the extent that Plaintiff's claims against Perez-Crawford are DISMISSED WITH PREJUDICE, and Perez-Crawford's name is removed as a party Defendant.

DATED THIS 22ND DAY OF JUNE, 2012.

                                                                    /s/Susan Webber Wright

                                                                    UNITED STATES DISTRICT JUDGE