# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARK EDWARD VANZANT                                                                              PLAINTIFF
ADC #137057

V.                                          NO: 5:12CV00021 SWW

ARTIE MORRIS *et al.*                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's complaint is DISMISSED WITH PREJUDICE as to all of his claims against Defendants Sandra Perez-Crawford, Eddie Turner, and Charlotte Sanders, and all of his official capacity claims; and WITHOUT PREJUDICE in all other respects.

2.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of March, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE